68290. COLLINS v. STOCKTON.

CARLEY, Judge.

Pursuant to this court's grant of an application for interlocutory appeal, appellant-plaintiff appeals from the grant of appellee-defendant's motion to open default and the denial of appellant's motions to strike appellee's answer and to enter default judgment.

After a careful review of the record, we find no basis for holding that the trial court abused its discretion in granting appellee's motion

and in denying appellant's. *Copeland v. Carter*, 247 Ga. 542 (277 SE2d 500) (1981). Accordingly, the judgment is affirmed.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

DECIDED SEPTEMBER 5, 1984.

*H. Burton Crews, Jr.*, for appellant.
*Benjamin L. Johnson*, for appellee.